# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WAYNE MCKOWEN, LLC D/B/A
REVIVE SOFTWASH AND WAYNE
MCKOWEN

NO.  2024 CW 0018

VERSUS

FRANK WINSTON CRUM INSURANCE
COMPANY

**MARCH 13, 2024**

---

In Re:    Frank  Winston  Crum  Insurance  Company,  applying  for
supervisory  writs,  Baton  Rouge  City  Court,  Parish  of
East Baton Rouge, No. 21-03322.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

    **WRIT DENIED.**

                                    **JMG**
                                    **WRC**
                                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sal_

DEPUTY CLERK OF COURT
FOR THE COURT